CA 06 98



# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Rhode Island |
|---|---|
| Name (under which you were convicted): Alexis Garcia | Docket or Case No.: |
| Place of Confinement: USP-Hazelton, PO Box 2000, Bruceton Mills, WV 26525 | Prisoner No.: 02477-036 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | ALEXIS GARCIA |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court for the District of Rhode Island, 50 Kennedy Plaza, Providence, Rhode Island 02903

(b) Criminal docket or case number (if you know): 03-030ML

2. (a) Date of the judgment of conviction (if you know): September 8, 2003

(b) Date of sentencing: February 27, 2004

3. Length of sentence: 180 months (fifteen years)

4. Nature of crime (all counts): Possession with Intent to Distribute Heroin

5. (a) What was your plea? (Check one)

(1) Not guilty ☐ (2) Guilty ☒ (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Guilty to the possession with intent charge, not guilty to felon in possession of a firearm.

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒x

8. Did you appeal from the judgment of conviction? Yes ☒x No ☐

9. If you did appeal, answer the following:

(a) Name of court: United States Court of Appeals for the First Circuit

(b) Docket or case number (if you know): 04-1308

(c) Result: Affirmed

(d) Date of result (if you know): May 27, 2005

(e) Citation to the case (if you know): Unknown

(f) Grounds raised: The District Court committed plain error when it violated Defendant's Fifth and Sixth Amendment rights in improperly finding facts at sentencing by a preponderance of the evidence and imposing a sentence that that was unauthorized by the Sentencing Guidelines without the facts used being proven beyond a reasonable doubt.

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☒x No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): 05-5999

(2) Result: Certiorari Denied

(3) Date of result (if you know): October 3, 2005

(4) Citation to the case (if you know): Unknown

(5) Grounds raised: Whether, under the Fifth and Sixth Amendment, the requisite prior convictions dor a career offender enhancement under the Sentencing Guidelines must be proven beyond a reasonable doubt or otherwise admitted to by a defendant who enters a guilty plea. And whether or not under plain error review and defendant must establish a reasonable probability that the district court would have imposed a different sentence or whether the case must be remanded for resentencing because of prejudice.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐ No ☒x

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐ N/A

(7) Result: N/A

(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐ N/A

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐ This is the first petition.

(2) Second petition: Yes ☐ No ☐-N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Counsel was ineffective for failing to appeal the district court's order denying Defendant's motion to suppress the evidence to the court of appeals.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel in this case, filed a motion to suppress evidence that was found in The Movant's girlfriends apartment and the evidence found on Movant during the stop and search of him. The evidence, we believe, was clearly obtained in violation of the Fourth Amendment of the United States Constitution. We think had the Court of Appeals reviewed the claim, it may have come to a different conclusion than the district court did. But because counsel never appealed the issues the Appeals Court was never given a chance to review the cliams merits. And Movant was prejudiced.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐ -N/A

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐ -N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐ -N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐ -N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐ -N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND TWO: Counsel was ineffective for allowing his client to admit the amount of drugs found in his possession.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During sentencing, the Court asked the government how much drugs were involved. The government stated that they were not sure and did not know the amount. The court then asked the defendant(Movant) the amount. And counsel allowed him to tell the court the amount. This supplied a critical element of which the government was required to prove beyond a reasonable doubt. We believe that the admittance of the facts necessary to conviction made Movant a diluted instrument of his own conviction and sentence, in violation of his right to the Fifth Amendment of the United States Constitution's privilege against

self-incrimination. And Movant was prejudiced.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐ -N/A

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐ -N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐ -N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐ -N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐ -N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND THREE: Counsel was ineffective for failing to raise the issue of entrapment were the informant set the Movant up for the police.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Here, the informant in this case had been caught by the Providence Police in violation of the law. The informant, in turn, called Movant and asked him to bring a specific amount of drugs to a designated place at a designated time. The informant did this for the specific purpose of allowing the Providence Police to catch the Movant with the drugs, and he never intended to consume any, purchase any or anything else. Because the informant was the person to initiate the deal by making specific requests and giving details on where Movant was to go without any input from Movant, it constitutes entrapment. And counsel never raised the issue.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐ -N/A

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐ -N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐ -N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐ -N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐ -N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND FOUR: ----------------------------------

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

----------

-------------------------------

______________________________________________

______________________________________________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______________________________________________

______________________________________________

______________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________________________________

Name and location of the court where the motion or petition was filed: ______________________________________________

______________________________________________

Docket or case number (if you know): ______________________________________________

Date of the court's decision: ______________________________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________________________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________________________________

______________________________________________

______________________________________________

Docket or case number (if you know): ______________________________________________

Date of the court's decision: ______________________________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________________________

______________________________________________

______________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: None of these have been presented because this is the only forum where I can raise the issues presented herein.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒x

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Don't remember....

(b) At arraignment and plea: Don't remember....

(c) At trial: Robert Watt, 84 Ship Street, Providence, Rhode Island 02903

(d) At sentencing: Robert Watt (same address as above)

(e) On appeal: Stephen Maidman, 1145 Main Street, Suite 417, Springfield, Massachusetts 01103

(f) In any post-conviction proceeding: No Attorney

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒x

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒x

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐ -N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* N/A

N/A

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Dismiss the charges and discharge him, grant him a new trial, or reduce his sentence. Any other relief this court deems just under the circumstances.

or any other relief to which movant may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 3-1-06 (month, date, year).

Executed (signed) on 3-1-06 (date).

x [signature]
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________________

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *