IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALEXIS GARCIA | ) | |
| | ) | |
| vs. | ) | C.A. NO: 06-98ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Lee H. Vilker, Assistant U.S. Attorney, and hereby respectfully moves that this Court extend the time period during which the government must respond to the petition from April 28, 2006 to June 28, 2006. For grounds, the undersigned Assistant U.S. Attorney states that he received the petition on April 4, 2006 (despite the fact that it was filed on March 6, 2006) and that, due to his workload, additional time is needed to prepare a response.

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2006, I caused to be mailed by regular first class mail a true copy of the within Government's Motion for Extension of Time to:

Alexis Garcia
USP-Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
Prisoner No. 02477-036

Lee Vilker