CA 06-98-ML

AFFIDAVIT OF ALEXIS GARCIA

I, Alexis Garcia, do hereby sware upon my oath that the following is being said of my own volition. That no-one has asked me to say these thing, that I have not been paid or threatened to say these things. But that I am saying this because it is the truth.

1. That counsel nor the government told me that if I plead guilty I would lose my right to appeal. Had I known that, I would not have agreed to a guilty plea.

2. I only plead guilty because my lawyer told me I would not get more than ten years. Had I thought that I could receive 15 years, I would have elected to go to trial.

3. I told counsel before the plea that Mr. Hernandez had asked me to purchase the drugs for everybody and meet me at my house. Counsel was aware that I did not initiate the conversation with Mr. Hernandez, and that I was not the one who was predisposed to getting drugs for everyone on that day.

4. I believe that my lawyer was ineffective for failing to file the claims, or raise the claims alleged in my Response to the Government's Response to my 2255 Motion. And I am dissatisfied with his representation of me in this case.

5. I further believe that appellate counsel was ineffective for failing to raise issues alleged in my Response to the Government's Response to my 2255 Motion. I am dissatisfied with his representation as well.

Further, Movant saith not.

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 9-14-2006

Signed: Alexis Garcia