IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALEXIS GARCIA,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | ) | Case No. 06-98ML |

MOTION FOR EXTENSION OF TIME

Comes Now Peitioner, Alexis Garcia, pro se. And requests that this Court grant him an extension of time to file a response to the court's order of April 9, 2007. In support of this request, Petitioner states as follows:

SUPPORTING FACTS

On there or about April 12, 2007, Petitioner received in the mail this Court's Order and Memorandum denying his request for relief pursuant to § 2255. However, Petitioner did not understand the contents of those documents and was not around anyone who might be able to interpret them for him. As Petitioner was in the Special Housing Unit (the SHU) for disciplinary reasons. Upon release from the SHU, Petitioner sought out legal assistance from this writer. That was approximately April 19, 2007. This writer was busy with an endeavor to meet a deadline in another individual's case. Yet, found time to file this motion for an extension of time. If this court will grant Petitioner a twenty day extension of time, this writer can properly perform the legal research and generate an appropriate response to this Court's Order denying relief.

Wherefore, for the foregoing reasons, Petitioner requests that this Court grant him a (20) twenty-day extension of time to file his response to this Court's

Denied. Mary M. Lisi USDJ 5/9/07

Case 1:06-cv-00098-ML Document 9 Filed 05/01/2007 Page 2 of 2

Memorandum and Order. Or in the alternative, if this Court will not grant such and extension of time, Petitioner asks that this motion be construed as a request for issuance of a certificate of appealability. As Petitioner does have a desire to appeal this Court's decision to the Court of Appeals.

Respectfully submitted,

Alexis Garcia Pro-Se

CERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the foregoing was mailed postage prepaid this 27 day of April, 2007, to:

Lee Vilker
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

Alexis Garcia

CERTIFICATE OF MAILING

I, hereby certify under the penalty of perjury that this document was placed in the hands of the mailroom personnel here at USP-Hazelton for delivery to the United States District Court Clerk in Providence, Rhode Island, this 27 day of April, 2007, pursuant to the authorities enunciated in the U.S. Supreme Court's opinion in Houston v. Lack.

Alexis Garcia